UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRED ALSTON, as a Trustee of the LOCAL 272　　　　Civil Action No.
LABOR-MANAGEMENT PENSION FUND;　　　　　　　19 CV 10761 (JPO)
FRED ALSTON, as a Trustee of the LOCAL 272　　　　ECF Case
WELFARE FUND,

　　　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFAULT
　　-against-　　　　　　　　　　　　　　　　　　　　JUDGMENT

301 63 GARAGE LLC,
　　　　　　　　　　　　Defendant.
------------------------------------------------------------------------X

　　This action having been commenced by the filing of a complaint and the issuance of a summons on November 20, 2019, and the summons and complaint having been served on defendant by service on the Secretary of State of the State of New York on December 12, 2019, proof of service having been filed in the Office of the Clerk of this Court on January 14, 2020, and defendant, 301 63 GARAGE LLC, not having appeared, answered or otherwise moved with respect to the complaint herein, and the time for said defendant to appear, answer or otherwise move having expired, it is

　　ORDERED, ADJUDGED AND DECREED that FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND, with offices at 220 East 23rd Street, 8th Floor, New York, NY 10010, have judgment against the defendant, 301 63 GARAGE LLC, whose last known address is 451 Mansfield Ave., Darien, CT 0682, for the relief demanded in the Complaint to Wit: that defendant allow plaintiffs to audit all books and records of all defendant's trades and businesses, whether or not incorporated, which are under defendant's common control, that will enable plaintiffs

to determine the amount of contributions owed to plaintiffs on behalf of participants employed by defendant for the period July 1, 2016 to present, and it further;

ORDERED, ADJUDGED and DECREED that the defendant shall pay to plaintiffs an award of plaintiffs' attorney's fees of $2,240.00 and costs of $570.56 pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C., Section 1132(g)(2)(D) against defendant, totaling $2,810.56 and it is further;

ORDERED AND ADJUDGED that the judgment rendered by the Court on this day in favor of the plaintiffs be entered as a final judgment, and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  New York, New York

_____
J. PAUL OETKEN
United States District Judge

_October 19, 2020_____
Date